UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NANCY PATRICIA ESPINOSA and
MONICA MONTERO,                          :     OPINION AND ORDER

                    Plaintiffs,         :     05 Civ. 6917 (SAS)

   - against -                             :

THE DELGADO TRAVEL AGENCY, INC.,  :

                  Defendant.           :

------------------------------------------------------------X
SHIRA A. SCHEINDLIN, U.S.D.J.:

     The Clerk of Court inadvertently closed this case in its entirety [Docket No. 47] pursuant to an Opinion and Order of this Court granting defendant's motion to dismiss the class action claims in plaintiff's amended complaint [Docket No. 46]. Accordingly, the remaining claims in this case should be reinstated to the Court's active docket.

                              SO ORDERED:

                              Shira A. Scheindlin
                              U.S.D.J.

Dated:     New York, New York
            October 30, 2006

1

- **Appearances** -

**For Plaintiffs:**

Peter G. Eikenberry, Esq.
74 Trinity Place, Suite 1609
New York, New York 10006
(212) 385-1050

**For Defendant:**

Norman C. Simon, Esq.
Robert Neil Holtzman, Esq.
Kramer, Levin , Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-7816