UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

NANCY PATRICIA ESPINOSA
and MONICA MONTERO,

                              Plaintiffs,

              - against -

THE DELGADO TRAVEL AGENCY CORP.,

                              Defendant.

------------------------------------------------------------- x

05 Civ. 6917 (SAS)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

ECF Case

       WHEREAS the parties, represented by undersigned counsel, have entered into a settlement agreement in connection with this action, which agreement is subject to the Court's approval of the settlement and the entry of this Stipulation and Order; and

       WHEREAS the Court has been apprised of the material terms of the settlement and the parties acknowledge and agree, and the Court hereby finds, that the terms relating to the settlement of plaintiffs' claims under the Fair Labor Standards Act and the New York Labor Law are fair and appropriate;

       THE PARTIES HEREBY STIPULATE AND AGREE that the above-entitled action be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or ~~attorneys' fees to~~ either party as against the other.

Date: April 24, 2007

PETER G. EIKENBERRY

By: _____
    Peter G. Eikenberry (PE-7257)
74 Trinity Place, Suite 1609
New York, New York 10006
(212) 385-1050

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
    Robert N. Holtzman (RH-9525)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

KL3 2587707 4

DREIER LLP
Jeffrey A. Mitchell (JM-5323)
499 Park Avenue
New York, New York 10022
(212) 328-6100

LAW OFFICES OF GERALD SHARGEL
Gerald Shargel (GS-0039)
570 Lexington Avenue, 45th Floor
New York, New York  10022

Attorneys for Defendants

**SO ORDERED:**

_____
Hon. Shira A. Scheindlin        4/24/07